IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00108-WYD-MJW

ELET T. VALENTINE,

Plaintiff,

v.

APEX TRANSPORTATION INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion to Vacate Scheduling Conference (Docket No. 13) is GRANTED.  The Scheduling Conference set for March 17, 2016 at 10:00 a.m. is VACATED.  The Scheduling Conference is RESET for March 30, 2016 at 9:30 a.m.  All associated deadlines are extended accordingly.

Date: February 8, 2016