IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00108-WYD-MJW

ELET T. VALENTINE,

Plaintiff,

v.

APEX TRANSPORTATION INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion to Reset Scheduling Conference (Docket No. 14) is GRANTED.  The Scheduling Conference set for March 30, 2016 at 9:30 a.m. is VACATED.  The Scheduling Conference is RESET for April 7, 2016 at 10:00 a.m.  All associated deadlines are extended accordingly.  No further continuances will be granted absent extraordinary circumstances.

Date: March 3, 2016